1  CHARLES I. EISNER, ESQ. (61033)
   JASON O. BALOGH, ESQ. (238199)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  ANDREW WONG, ESQ. (218398)
   JONES VARGAS
7  3773 Howard Hughes Pkwy.
   3rd Floor South
8  Las Vegas, NV 89169
   Telephone: (702) 862-3300
9  Facsimile: (702) 734-2722

10 Attorneys for Defendant
   HEALTH PLAN OF NEVADA, INC.
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 CHILDREN'S HOSPITAL AND            )   Case No.: C07-06069 SC
   RESEARCH CENTER AT OAKLAND,        )
15                                    )   **CERTIFICATE OF SERVICE OF**
              Plaintiff,              )   **AMENDED NOTICE OF REMOVAL**
16                                    )   **AND ANSWER TO COMPLAINT**
   vs.                               )
17                                    )
   HEALTH PLAN OF NEVADA, INC.; And  )
18 DOES 1 THROUGH 25, INCLUSIVE,,     )   Original Removal filed November 30, 2007
                                      )
19            Defendants.            )

20         I, LESLIE HASSBERG, certify and declare as follows:

21         I am over the age of 18 years and not a party to this action. My business address is 555

22 12th Street, Suite 1800, which is located in the city, county and state where the mailing described

23 took place.

24         On December 5, 2007, I deposited in the United States Mail at Oakland, California, a copy

25 of the enclosed AMENDED NOTICE OF REMOVAL and ANSWER TO COMPLAINT,

26 addressed as follows:

27

28

-1-

1

**Attorney for Plaintiff**
Karlene Rogers-Aberman, Esq.

2
STEPHENSON, ACQUISTO & COLMAN
303 North Glenoaks Blvd., #700

3
Burbank, CA  91502-3226
Tel:  (818) 559-4477

4
Fax:  (818) 559-5484

**Co-Counsel for Defendant**
Andrew Wong, Esq.
JONES VARGAS
3773 Howard Hughes Pkwy.
3rd Floor South
Las Vegas, NV  89169
Telephone:  (702) 862-3300
Facsimile:  (702) 734-2722

5

6
    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

7
December 5, 2007.

8
 

                LESLIE HASSBERG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CERTIFICATE OF SERVICE – Case No. C07-06069