1  CHARLES I. EISNER, ESQ. (61033)
   JASON O. BALOGH, ESQ. (238199)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  ANDREW WONG, ESQ. (218398)
   JONES VARGAS
7  3773 Howard Hughes Pkwy.
   3rd Floor South
8  Las Vegas, NV  89169
   Telephone:  (702) 862-3300
9  Facsimile:  (702) 734-2722

10  Attorneys for Defendant
    HEALTH PLAN OF NEVADA, INC.

11

12                        UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14  CHILDREN'S HOSPITAL AND            )    Case No.:  C07-06069 SC
    RESEARCH CENTER AT OAKLAND,        )
15                                     )    **CERTIFICATE OF SERVICE OF**
                Plaintiff,             )    **ECF REGISTRATION INFORMATION**
16                                     )    **HANDOUT; NOTICE OF**
    vs.                                )    **AVAILABILITY OF MAGISTRATE**
17                                     )    **JUDGE TO EXERCISE**
    HEALTH PLAN OF NEVADA, INC.; And   )    **JURISDICTION; ORDER SETTING**
18  DOES 1 THROUGH 25, INCLUSIVE,,     )    **INITIAL CASE MANAGEMENT**
                                       )    **CONFERENCE AND ADR**
19              Defendants.            )    **DEADLINES**
                                       )
20  _____  )    Original Removal filed November 30, 2007

21        I, LESLIE HASSBERG, certify and declare as follows:

22        I am over the age of 18 years and not a party to this action.  My business address is 555

23  12th Street, Suite 1800, which is located in the city, county and state where the mailing described

24  took place.

25        On December 18, 2007, I deposited in the United States Mail at Oakland, California, a

26  copy of the CERTIFICATE OF SERVICE OF ECF REGISTRATION INFORMATION

27  HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE

28  JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND

                                      -1-

1  ADR DEADLINES, addressed as follows:

2  **Attorney for Plaintiff**
   Karlene Rogers-Aberman, Esq.
3  STEPHENSON, ACQUISTO & COLMAN
   303 North Glenoaks Blvd., #700
4  Burbank, CA  91502-3226
   Tel:  (818) 559-4477
5  Fax:  (818) 559-5484

6
        I declare under penalty of perjury that the foregoing is true and correct.  Executed on
7
   December 18, 2007.
8

9

10                                LESLIE HASSBERG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE – Case No. C07-06069