CHARLES I. EISNER, ESQ. (61033)
JASON O. BALOGH, ESQ. (238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

ANDREW WONG, ESQ. (218398)
JONES VARGAS
3773 Howard Hughes Parkway, 3rd Floor South
Las Vegas, NV 89169
Telephone: (702) 862-3300
Facsimile: (702) 734-2722

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; And DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: C07-06069 SC<br><br>**HEALTH PLAN OF NEVADA'S CERTIFICATE OF INTERESTED PARTIES (Civil Local Rule 3-16)**<br><br>Original Removal filed November 30, 2007 |

The undersigned, counsel of record for Defendant, Health Plan of Nevada, Inc. (HPN), certifies that the following have an interest in the outcome of this case:

Sierra Health Services, Inc. (Sierra) is the parent company of defendant Health Plan of Nevada, Inc.

These representations are made to enable judges of the Court to evaluate possible recusal.

DATED: February 1, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Charles I. Eisner
CHARLES I. EISNER, ESQ.
Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

C4876\424920