1  CHARLES I. EISNER, ESQ. (61033)
   JASON O. BALOGH, ESQ. (238199)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  ANDREW WONG, ESQ. (218398)
   JONES VARGAS
7  3773 Howard Hughes Parkway
   3rd Floor South
8  Las Vegas, NV 89169
   Telephone: (702) 862-3300
9  Facsimile: (702) 734-2722

10 Attorneys for Defendant
   HEALTH PLAN OF NEVADA, INC.
11

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14 CHILDREN'S HOSPITAL AND              )  Case No.: C07-06069 SC
   RESEARCH CENTER AT OAKLAND,          )
15                                      )  **JOINT ALTERNATIVE DISPUTE**
                Plaintiff,              )  **RESOLUTION CERTIFICATION**
16                                      )
   vs.                                  )
17                                      )  Original Removal filed November 30, 2007
   HEALTH PLAN OF NEVADA, INC.; And     )
18 DOES 1 THROUGH 25, INCLUSIVE,,       )
                                        )
19              Defendants.             )

20      Plaintiff Children's Hospital and Research Center at Oakland, and Defendants Health Plan

21 of Nevada Inc., by and through their undersigned attorneys, and pursuant to this Court's November

22 30, 2007 Order, hereby submit their Joint Alternate Dispute Resolution Certification:

23      1.   The parties to this case, met telephonically on January 16, 2008, January 24, 2008

24 and February 7, 2008 to discuss alternate dispute resolution in this case.

25      2.   The parties have agreed to submit this matter to private mediation to take place in

26 Las Vegas, Nevada. The parties are working to select a mediator and will supplement this report

27 once a mediator is selected.

28      3.   Further, pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b) the undersigned

-1-

Joint Alternative Dispute Resolution Certification – Case No. C07-06069 SC

1 | certify that he or she has:

2        a)     Read the handbook entitled "Dispute Resolution Procedures in the Northern
3 District of California."

4        b)     Discussed with the other party the available ADR options; and

5        c)     Considered whether this case might benefit from available ADR options.

6     APPROVED AS TO FORM AND CONTENT:

7 DATED this 8th day of February 2008.       DATED this 8th day of February 2008.

8

9 By: /s/ Charles I. Eisner            By: /s/ Karlene Rogers-Aberman
    Attorneys for Defendants               Attorneys for Plaintiffs

10 C4876\425560