CHARLES I. EISNER, ESQ. (61033)
JASON O. BALOGH, ESQ. (238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

ANDREW WONG, ESQ. (218398)
JONES VARGAS
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89169
Telephone: (702) 862-3300
Facsimile: (702) 734-2722

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; And DOES 1 THROUGH 25, INCLUSIVE,,<br><br>Defendants. | Case No.: C07-06069 SC<br><br>**STIPULATED RULE 26(f) REPORT**<br><br>Original Removal filed November 30, 2007 |

Plaintiff Children's Hospital and Research Center at Oakland, and Defendants Health Plan of Nevada Inc., by and through their undersigned attorneys, and pursuant to this Court's June 6, 2007 Minute Order, hereby submit their Stipulated Rule 26(f) Report:

1. **MEETING**

The parties to this case, met telephonically on January 24, 2008 to prepare the discovery plan and scheduling order.

2. **PRE-DISCOVERY DISCLOSURES**

Pursuant to FRCP 26(a), initial disclosures would be made within 14 days of the conference on or before February 7, 2008.

3. **DISCOVERY PLAN**

   A. **SUBJECTS OF DISCOVERY**

   Discovery may be conducted on all matters related to issues raised by Plaintiff's complaint and Defendant's answers and defenses thereto. All discovery will be conducted in accordance with the Federal Rules of Civil Procedure and the rules of this Court.

   B. **DISCOVERY CUT-OFF DATE**

   The parties request that the discovery period run from January 24, 2008, the date of the case conference. The parties request 180 days in which to conduct discovery. The proposed discovery deadline will be July 22, 2008.

   C. **FED. R. CIV. P. 26(a)(2) DISCLOSURES (EXPERTS)**

   The disclosure of experts and expert reports shall occur May 21, 2008, which is 60 days before the proposed discovery cut-off date; and

   The disclosure of rebuttal experts shall occur on June 23, 2008, which is the first business day 30 days after the date for disclosure of experts.

   D. **AMENDMENT OF THE PLEADINGS AND ADDING PARTIES**

   The parties shall have until April 21, 2008, to file any motion to amend the pleadings or to add parties.

   E. **DISPOSITIVE MOTIONS**

   The parties shall have until August 25, 2008 to file dispositive motions.

4. **ISSUES REGARDING ELECTRONIC DISCOVERY**

   Both parties will maintain all information regarding the patient and claims and issue and will produce such information in either electronic format compatible with the other party's system or in printed hard copies.

5. **ORDERS THAT NEED TO BE ENTERED BY THE COURT AT THIS TIME**

   None.

   APPROVED AS TO FORM AND CONTENT:

By: /s/ Charles I. Eisner  
Attorneys for Defendants  
C4876\425559

By: /s/ Karlene Rogers-Aberman  
Attorneys for Plaintiffs