Clerk's Use Only

Initial for fee pd.:

Matthew T. Milone, Esq.
Jones Vargas
3773 Howard Hughes Parkway, 3rd Floor South
Las Vegas, NV  89169
(702) 862-3300

FILED
08 FEB 12 PM 5:20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHILDREN'S HOSPITAL AND
RESEARCH CENTER AT OAKLAND

                Plaintiff(s),

    v.

HEALTH PLAN OF NEVADA, INC; and
DOES 1 THROUGH 25, INCLUSIVE

                Defendant(s).

CASE NO. C076069

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Matthew T. Milone, Esq., , an active member in good standing of the bar of Nevada , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Health Plan of Nevada, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Charles I. Eisner, Esq. (Bar No. 61033) of Boornazian, Jensen & Garthe
555 12th St., PO Box 12925, Oakland CA 94604 (510) 834-4350

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2008

# State Bar of Nevada

## Certificate of Good Standing

**IT IS HEREBY CERTIFIED** that Matthew T. Milone

(Bar Number 7448) was admitted by the Supreme Court of the State of Nevada

on 12/28/2000 and is an **Active** member of the State Bar of Nevada

in good standing and is duly licensed to practice law as an Attorney and Counselor

at Law in all courts of the State of Nevada.

DATED this Wednesday, February 06, 2008.



*Suzanne Walters*
Member Services Assistant
State Bar of Nevada

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015704
Cashier ID: nudot
Transaction Date: 02/12/2008
Payer Name: Jones Vargas
--------------------------------
PRO HAC VICE
 For: Matthew T. Milone, Esq.
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
--------------------------------
CHECK
 Check/Money Order Num: 71151
 Amt Tendered:   $210.00
--------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-6069-SC


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```