# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND | CASE NO. C076069 |
| Plaintiff(s), <br> v. <br> HEALTH PLAN OF NEVADA, INC; and DOES 1 THROUGH 25, INCLUSIVE <br> Defendant(s). | ~~(Proposed)~~ <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Constance L. Akridge, Esq.                , an active member in good standing of the bar of

Nevada                                      whose business address and telephone number

(particular court to which applicant is admitted)

is

Jones Vargas, 3773 Howard Hughes Parkway, 3rd Floor South, Las Vegas NV 89169, (702) 862-3300
,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Health Plan of Nevada, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   2/14/08



IT IS SO ORDERED
United [States District Judge]
Judge Samuel Conti