STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.         (SBN 113755)
BARRY SULLIVAN, ESQ.            (SBN 136571)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237883)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
CHILDREN'S HOSPITAL AND RESEARCH CENTER
AT OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC., a California for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.:   C076069<br><br>PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE MARCH 7, 2008 CASE MANAGEMENT CONFERENCE [LATE REQUEST]; ORDER THEREON<br><br>Date:        March 7, 2008<br>Time:        10:00 a.m.<br>Courtroom:   1<br>Judge:       Hon. Samuel Conti |

Plaintiff, Children's Hospital and Research Center at Oakland hereby makes its request for a telephonic appearance at the Case Management Conference on calendar for March 7, 2008 before the Honorable Samuel Conti.

///

2956                                       - 1 -          REQUEST FOR TELEPHONIC APPEARANCE

1  Plaintiff is aware that pursuant to Local Rule 16.10(a) the request should
2  have been made five days prior to the March 7, 2008 Case Management
3  Conference. However, the failure to make the request was inadvertent.
4  Plaintiff respectfully requests that the court consider its late request, as
5  Plaintiff's counsel is located in Southern California and it would be burdensome to
6  travel to Northern California for the conference.
7  Dated: 5 March 2008

STEPHENSON, ACQUISTO & COLMAN

KARLENE J. ROGERS-ABERMAN
Attorneys for
CHILDREN'S HOSPITAL AND
RESEARCH CENTER AT OAKLAND

## ORDER

Plaintiff's Request for a Telephonic Appearance at the March 7, 2008 Case Management Conference is hereby granted/has been denied.

IT IS SO ORDERED.

DATED: _____          _____
                            HON. SAMUEL CONTI, JUDGE OF THE
                            UNITED STATES DISTRICT COURT

2956                          - 2 -           REQUEST FOR TELEPHONIC APPEARANCE

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **March 5, 2008,** I served the foregoing document(s) described as **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE MARCH 7, 2008 CASE MANAGEMENT CONFERENCE [LATE REQUEST]; ORDER THEREON** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

CHARLES I. EISNER, ESQ.
JASON O. BALOGH, ESQ.
BOORNAZIAN, JENSEN &GARTHE
555 12TH Street, Suite 1800
Oakland, California 94604-2925

ANDREW WONG, ESQ.
JONES VARGAS
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, Nevada 89169

[XX] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[XX] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 5, 2008,** at Burbank, California.

ANGELA DEMERS

PROOF OF SERVICE