1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.             (SBN 113755)
   VINCENT A. ACQUISTO, ESQ.           (SBN 141284)
3  CHARLES J. ACQUISTO, ESQ.           (SBN 184459)
4  BARRY SULLIVAN, ESQ.                (SBN 136571)
   KARLENE J. ROGERS-ABERMAN, ESQ.     (SBN 237883 )
5  303 N. Glenoaks Blvd., Suite 700
   Burbank, CA 91502
6  Telephone:  (818) 559-4477
7  Facsimile:  (818) 559-5484

8  Attorneys for Plaintiff
9  CHILDREN'S HOSPITAL AND RESEARCH CENTER
   AT OAKLAND
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC., a California for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.:  C076069<br><br>PLAINTIFF'S NOTICE OF APPEARANCE OF LOCAL COUNSEL |

TO THE HONORABLE COURT AND TO T

HE ATTORNEYS OF RECORD HEREIN:

Plaintiff, Children's Hospital and Research Center at Oakland hereby notifies this court that Plaintiff's local counsel, Vincent A. Acquisto, Esq., and Charles J. Acquisto, Esq. of Stephenson, Acquisto & Colman, both of whom are admitted to

2956                              - 1 -        NOTICE OF APPEARANCE

1 | the United States District Court for the Northern District of California, hereby
2 | make an appearance in the above-captioned case and request to be added to the
3 | Court Docket.
4 |     The attorney's information is as follows:
5 | 1)    Vincent A. Acquisto, Esq.
6 |     Stephenson, Acquisto & Colman
7 |     5700 Stoneridge Mall Road, Suite 350
8 |     Pleasanton, California 94588
9 |     Tel:    (925) 734-6100
10 |     Fax:    (925) 463-1805
11 |     Email:    vacquisto@sacfirmonline.com
12 |
13 | 2)    Charles J. Acquisto, Esq.
14 |     Stephenson, Acquisto & Colman
15 |     5700 Stoneridge Mall Road, Suite 350
16 |     Pleasanton, California 94588
17 |     Tel:    (925) 734-6100
18 |     Fax:    (925) 463-1805
19 |     Email:    cacquisto@sacfirmonline.com
20 |
21 | Dated: 6 March 2008
22 |
23 |                               STEPHENSON, ACQUISTO & COLMAN
24 |
25 |                               KARLENE J. ROGERS-ABERMAN
26 |                               Attorneys for
27 |                               CHILDREN'S HOSPITAL AND
                              RESEARCH CENTER AT OAKLAND
28 |

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **March 6, 2008,** I served the foregoing document(s) described as **PLAINTIFF'S NOTICE OF APPEARANCE OF LOCAL COUNSEL** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

CHARLES I. EISNER, ESQ.
JASON O. BALOGH, ESQ.
BOORNAZIAN, JENSEN &GARTHE
555 12TH Street, Suite 1800
Oakland, California 94604-2925

ANDREW WONG, ESQ.
JONES VARGAS
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, Nevada 89169

[XX] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[XX] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 6, 2008,** at Burbank, California.

_____
ANGELA DEMERS

PROOF OF SERVICE