UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-6069      SAMUEL CONTI         DATE March 7, 2008
Case Number    Judge

Title: CHILDREN'S HOSPITAL    vs HEALTH PLAN OF NEVADA INC.

Attorneys: VINCENT ACQUISTO       CHARLES EISNER

Deputy Clerk: T. De Martini    Court Reporter: Debra Pas

Court   Pltf's   Deft's
(XXX)   (  )    (  )   1. Status Conference - Held

(  )    (  )    (  )   2.

(  )    (  )    (  )   3.

(  )    (  )    (  )   4.

(  )    (  )    (  )   5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff: 9/17/08    Pretrial Statements Due

Case Continued to 11/7/08 @ 10:00 A.M.    for Pretrial Conference

Case Continued to 11/17/08 @ 9:30 A.M.    for Court Trial

Case Continued to                         for Further Status Conference

Case Continued to 10/24/08 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING: Case Referred to Private Mediation

cc:   ADR