UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

CHILDREN'S HOSPITAL AND )
RESEARCH CENTER AT OAKLAND )
                                )
         Plaintiff     )
                                )
vs.                              )     Case No.: C076069
                                )
HEALTH PLAN OF NEVADA, INC.; )
And DOES 1 THROUGH 25, INCLUSIVE, )     **DECLARATION OF MATTHEW T.**
                                )     **MILONE IN SUPPORT OF MOTION**
        Defendants.     )     **FOR LEAVE TO AMEND ANSWER**
                                )     **TO ASSERT COUNTERCLAIM**

The undersigned, Matthew T. Milone, declares:

1. That I am a duly-admitted member of the State Bar of Nevada, the United States District Court for the District of Nevada and am admitted *pro hac vice* to the United States District Court for the Northern District of California to appear in the above captioned case, and an associate with Jones Vargas. In those capacities I am appearing as counsel for Defendant Health Plan of Nevada, Inc. ("HPN") in the instant action, and am familiar with the pleadings and proceedings therein.

2. If called as a witness in the instant action I could competently testify to the facts stated in this declaration from first-hand, personal knowledge.

3. The document attached hereto as Exhibit A is a true and correct copy of the Letter of Agreement between HPN and Children's Hospital and Research Center at Oakland ("Plaintiff" or "CHO") for Patient No. 060122506-00.

4. The document attached hereto as Exhibit B is a true and correct copy of the Letter of Agreement between HPN and Children's Hospital and Research Center at Oakland ("Plaintiff" or "CHO") for Patient No. 040412484-00.

5. The document attached hereto as Exhibit C is a true and correct copy of January 25, 2008 letter from CHO to HPN.

6. The document attached hereto as Exhibit D is HPN's proposed amended Answer

-1-

1 | with Counterclaim.

2 |     7.    This declaration was executed under penalty of perjury under the laws of the State of Nevada and the United States of America at Las Vegas, Nevada this 19th day of June, 2008.

                                                    */s/ Matthew T. Milone*
                                                    Matthew T. Milone

MAY. 18. 2006 10:03AM    CHRCO FINANCE DEPARTMENT          NO. 759    P. 2

## HEALTH PLAN OF NEVADA, INC.
a subsidiary of Sierra Health Services, Inc.

SINCE 1982

May 16, 2006

VIA FACSIMILE – (510) 601-3922

RE: Health Plan of Nevada Smart Choice/Nevada Check-Up Letter of Agreement

This Letter of Agreement sets forth the terms and conditions under which Health Plan of Nevada NorthernChoice/Nevada Check-Up (hereinafter referred to as "COMPANY") and Children's Hospital Oakland (hereinafter referred to as "PROVIDER") enter into an Agreement by which COMPANY shall make payment towards PROVIDER's bill for medical services, subject to the terms of the Health Plan of Nevada NorthernChoice/Nevada Check-Up Member's benefit plan.

This Agreement shall apply to the charges for the services rendered for the patient listed below:

Patient: ▓▓▓▓▓▓▓
ID#: 060122506-00
DOB: ▓▓▓▓▓
Reference #: 061320227

The terms and conditions of the Agreement between COMPANY and PROVIDER are set forth below:

### PROVIDER RESPONSIBILITY

1. PROVIDER agrees to render medically necessary covered services. PROVIDER agrees to obtain prior authorization from COMPANY prior to rendering services. PROVIDER agrees to verify Member's eligibility and benefits. Reimbursement is subject to prior authorization, medical necessity and Member's eligibility and benefits.

2. PROVIDER and COMPANY mutually agree upon service and contracted amount as follows:

    For Medically Necessary Covered Services rendered by PROVIDER in association with the above reference number, COMPANY shall reimburse PROVIDER one-hundred percent (100%) of the California Medi-Cal Contracted Maximum Allowable Reimbursement rate less applicable copayments, coinsurance and/or deductibles.

3. PROVIDER agrees to look only to COMPANY or its designated third party administrator for compensation for the medically necessary prior authorized covered services except for applicable copayment, coinsurance, and/or deductible charges. PROVIDER agrees to hold harmless COMPANY, insured, and/or the above described patient, from responsibility for payment of any balance between PROVIDER's bill and the mutually agreed upon contracted amount listed above.

4. PROVIDER agrees to submit claim(s) to COMPANY at the following address with a copy of this letter of agreement:

    CIR/BNS Department

"Good health takes a good plan."

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 89114-5645 • (702) 242-7300

**EXHIBIT A**

HPN 0001

Health Plan of Nevada, Inc.
PO Box 15645
Las Vegas NV 89114-5645

5.  PROVIDER agrees to furnish complete UB-92 or its successor and/or CMS 1500 claim forms to COMPANY for adjudication and payment within ninety (90) days of the date of service.

6.  PROVIDER agrees that, in the event that it wishes to request a reconsideration of a claims processing determination made by COMPANY, such request for reconsideration will be submitted by PROVIDER to COMPANY within one hundred eighty (180) days from the date of service.

7.  PROVIDER agrees to reimburse COMPANY within thirty (30) days of written notification from COMPANY for any overpayment to PROVIDER made by COMPANY.

8.  In the event that COMPANY is not the primary payer, the discounted fee for services will also apply to COMPANY as secondary payer.

COMPANY RESPONSIBILITY:

COMPANY and PROVIDER agree that COMPANY shall adjudicate and pay PROVIDER's clean claim for medically necessary covered services in accordance with applicable state and federal guidelines and in accordance with COMPANY's claims processing procedures and guidelines.

Any determination that any provision of this Agreement or any application thereof is invalid, illegal or unenforceable in any respect in any instance shall not affect the validity, legality and enforceability of such provision in any other instance, or the validity, legality, or enforceability of any other provision of this Agreement.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed in their names by the undersigned, the same being duly authorized to do so.

Please countersign this Letter of Agreement on the space provided below and fax back to my attention at (702) 242-0117. Your signature below will represent your agreement to abide by the terms and conditions expressed in this Letter of Agreement.

Sincerely,

Shaun Schoener
Network Development and Contracts

CC: Contract Room

(PROVIDER):

Authorized Signature

Douglas T Myers / CFO
Print Name and Title

5/18/06
Date

94-0382330
Tax ID Number

P.O. Box 60000  File #7248
Billing/Remittance Address
SAN FRANCISCO, CA 94160-7248

6060538134 09 003 - 606053013409 003

MAY. 18. 2006 10:04AM    CHRCO FINANCE DEPARTMENT    NO. 259    P. 4

SINCE 1982

## HEALTH PLAN OF NEVADA, INC.

a subsidiary of Sierra Health Services, Inc.

May 17, 2006

VIA FACSIMILE – (510) 601-3922
Attn: Debbie

RE:     Health Plan of Nevada Smart Choice/Nevada Check-Up Letter of Agreement

This Letter of Agreement sets forth the terms and conditions under which Health Plan of Nevada NorthernChoice/Nevada Check-Up (hereinafter referred to as "COMPANY") and Children's Hospital Oakland (hereinafter referred to as "PROVIDER") enter into an Agreement by which COMPANY shall make payment towards PROVIDER's bill for medical services, subject to the terms of the Health Plan of Nevada NorthernChoice/Nevada Check-Up Member's benefit plan.

This Agreement shall apply to the charges for the services rendered for the patient listed below:

Patient:
ID#: 040412424-00
DOB:

The terms and conditions of the Agreement between COMPANY and PROVIDER are set forth below:

### PROVIDER RESPONSIBILITY

1.  PROVIDER agrees to render medically necessary covered services. PROVIDER agrees to obtain prior authorization from COMPANY prior to rendering services. PROVIDER agrees to verify Member's eligibility and benefits. Reimbursement is subject to prior authorization, medical necessity and Member's eligibility and benefits.

2.  PROVIDER and COMPANY mutually agree upon service and contracted amount as follows:

    For Medically Necessary Covered Services rendered by PROVIDER, COMPANY shall reimburse PROVIDER one-hundred percent (100%) of the California Medi-Cal Contracted Maximum Allowable Reimbursement rate less applicable copayments, coinsurance and/or deductibles.

3.  PROVIDER agrees to look only to COMPANY or its designated third party administrator for compensation for the medically necessary prior authorized covered services except for applicable copayment, coinsurance, and/or deductible charges. PROVIDER agrees to hold harmless COMPANY, insured, and/or the above described patient from responsibility for payment of any balance between PROVIDER bill and the mutually agreed upon contracted amount listed above.

4.  PROVIDER agrees to submit claim(s) to COMPANY at the following address with a copy of this letter of agreement:

    CIR/BNS Department

*Good health takes a good plan.*

EXHIBIT B

HPN 0066

6060530134 09 004 - 606053013409  004

☒.   MAY. 18. 2006 10:04AM   CHRCO FINANCE DEPARTMENT                NO. 259   P. 5

Health Plan of Nevada, Inc.
PO Box 15645
Las Vegas NV 89114-5645

5. PROVIDER agrees to furnish complete UB-92 or its successor and/or CMS 1500 claim forms to COMPANY for adjudication and payment within ninety (90) days of the date of service.

6. PROVIDER agrees that, in the event that it wishes to request a reconsideration of a claims processing determination made by COMPANY, such request for reconsideration will be submitted by PROVIDER to COMPANY within one hundred eighty (180) days from the date of service.

7. PROVIDER agrees to reimburse COMPANY within thirty (30) days of written notification from COMPANY for any overpayments to PROVIDER made by COMPANY.

8. In the event that COMPANY is not the primary payer, the discounted fee for services will also apply to COMPANY as secondary payer.

<u>COMPANY RESPONSIBILITY:</u>

COMPANY and PROVIDER agree that COMPANY shall adjudicate and pay PROVIDER's clean claim for medically necessary covered services in accordance with applicable state and federal guidelines and in accordance with COMPANY's claims processing procedures and guidelines.

Any determination that any provision of this Agreement or any application thereof is invalid, illegal or unenforceable in any respect in any instance shall not affect the validity, legality and enforceability of such provision in any other instance, or the validity, legality, or enforceability of any other provision of this Agreement.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed in their names by the undersigned, the same being duly authorized to do so.

Please countersign this Letter of Agreement on the space provided below and fax back to my attention at (702) 242-0117. Your signature below will represent your agreement to abide by the terms and conditions expressed in this Letter of Agreement.

Sincerely,

_[signature]_
Sharon Schoener
Network Development and Contracts

CC: Contract Route

(PROVIDER):

_[signature]_
Authorized Signature

<u>Douglas T. Myers / CFO</u>
Print Name and Title

<u>5/18/06</u>
Date

<u>94-0382320</u>
Tax ID Number

<u>P.O. Box 60000 File 7248</u>
Billing/Remittance Address
<u>San Francisco, CA 94160-7248</u>

8013130008 10 003 - 801313000810   003



**CHILDREN'S HOSPITAL**
**& RESEARCH CENTER OAKLAND**

January 25, 2008

HEALTH PLAN OF NEVADA
P. O. BOX 15645
LAS VEGAS, NV  89114-5645

ATTENTION:   MANAGER, APPEAL DEPARTMENT

SUBJECT  :   PATIENT  :  ██████████
             CLAIM#    :  073413004000
             MEMBER#   :  040108747-0
             INPT DOS: 110807-112107 = 13DAYS

Dear Sir/Madam:

This is in reference to the our claim for services rendered to the above named patient.  Claim was paid $5,788.00 with code PAK, EXCEEDS CONTRACTED PER DIEM RATE, $1,447 x 4days.  Please note that patient stayed in the hospital for 13 days and should have been $1,447/per diem x 13days = $18,811.00 total payment; or considered at our medi-cal rate of 45% of allowable charges.

Your Explanation of Payment, copy of claim, and itemized charges, attached for your review and consideration of additional payment.

Should you have any addtional questions or comments, please feel free to contact me direct at Tel#(510)428-3885 at extension 2564.

Sincerely,

*[signature]*

MERCEDES ARAGON
Patient Accounts Representative

**EXHIBIT C**

747 52nd Street • Oakland, CA 94609-1809
510-428-3000
www.childrenshospitaloakland.org