CHARLES I. EISNER, ESQ. (61033)
JASON O. BALOGH, ESQ. (238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

MATTHEW T. MILONE, ESQ. (PHV)
CONSTANCE L. AKRIDGE, ESQ. (PHV)
JONES VARGAS
3773 Howard Hughes Pkway
3rd Floor South
Las Vegas, NV 89169
Telephone: (702) 862-3300
Facsimile: (702) 734-2722

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; And DOES 1 THROUGH 25, INCLUSIVE,,<br><br>Defendants. | Case No.: C07-06069 SC<br><br>**DECLARATION OF JASON O. BALOGH IN SUPPORT OF MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM**<br><br>Date: July 25, 2008<br>Time: 10:00 a.m.<br>Ctrm: 1<br><br>Original Removal filed November 30, 2007 |

The undersigned, Jason O. Balogh, declares:

1. That I am a duly-admitted member of the California State Bar and the Bar of the United States District Court for the Northern District of California, and an associate with Boornazian, Jensen & Garthe, a Professional Corporation. In those capacities I am appearing as counsel for defendant Health Plan of Nevada, Inc. (herinafter "H.P.N.") in the instant action, and am familiar with the pleadings and proceedings therein.

-1-

DECLARATION OF JASON O. BALOGH IN SUPPORT OF MOTION – Case No. C07-06069 SC

2. If called as a witness in the instant action I could competently testify to the facts stated in this declaration from first-hand, personal knowledge.

3. On June 19, 2008, at approximately 1:25 p.m. I spoke with Karlene Rogers-Aberman, counsel for plaintiff Children's Hospital and Research Center at Oakland (hereinafter "C.H.O."). I inquired whether C.H.O. would agree to let H.P.N. amend its answer to add a counterclaim. Ms. Rogers-Aberman informed me that C.H.O. would not agree and that H.P.N. would need to bring a motion to amend.

This declaration was executed under penalty of perjury under the laws of the State of California and the United States of America at Oakland, California this 19th day of June, 2008.

_____
Jason O. Balogh

C4876\435492

-2-

DECLARATION OF JASON O. BALOGH IN SUPPORT OF MOTION – Case No. C07-06069 SC