CHARLES I. EISNER, ESQ. (61033)
JASON O. BALOGH, ESQ. (238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

MATTHEW T. MILONE, ESQ. (PHV)
CONSTANCE L. AKRIDGE, ESQ. (PHV)
JONES VARGAS
3773 Howard Hughes Pkway
3rd Floor South
Las Vegas, NV 89169
Telephone: (702) 862-3300
Facsimile: (702) 734-2722

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; And DOES 1 THROUGH 25, INCLUSIVE,,<br><br>Defendants. | Case No.: C07-06069 SC<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Original Removal filed November 30, 2007 |

**CERTIFICATE OF SERVICE**
(28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P.O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **1) Defendant's**

-1-

CERTIFICATE OF SERVICE – Case No. C07-06069 SC

Motion for Leave to Amend Answer to Assert Counterclaim; 2) [Proposed] Amended Answer and Counterclaim; 3) Declaration of Matthew T. Milone in Support of Motion for Leave to Amend Answer to Assert Counterclaim; 4) Declaration of Jason O. Balogh in Support Thereof, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

**Attorneys For Plaintiffs**
Joy Y. Stephenson, Esq.
Karlene Rogers-Aberman, Esq.
Barry Sullivan, Esq.
STEPHENSON, ACQUISTO & COLMAN
303 North Glenoaks Boulevard, #700
Burbank, CA 91502-3226
Tel:   (818) 559-4477
Fax:   (818) 559-5484

**Pro Hac Vice Attorneys for Defendant**
MATTHEW T. MILONE, ESQ. (PHV)
CONSTANCE L. AKRIDGE, ESQ. (PHV)
JONES VARGAS
3773 Howard Hughes Pkwy
3rd Floor South
Las Vegas, NV 89169
Tel: (702) 862-3300
Fax: (702) 734-2722

**Attorneys For Plaintiffs**
Vincent A. Acquisto, Esq.
Charles J. Acquisto, Esq.
STEPHENSON, ACQUISTO & COLMAN
5700 Stoneridge Mall Road, Suite 350
Pleasanton, CA 94588
Tel: (925) 734-6100
Fax: (925) 463-1805

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on June 19, 2008

_____
ALEXINE BRAUN

C4876\435470