CHARLES I. EISNER, ESQ. (61033)
JASON O. BALOGH, ESQ. (238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

MATTHEW T. MILONE, ESQ. (PHV)
CONSTANCE L. AKRIDGE, ESQ. (PHV)
JONES VARGAS
3773 Howard Hughes Pkway
3rd Floor South
Las Vegas, NV 89169
Telephone: (702) 862-3300
Facsimile: (702) 734-2722

Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC.; And DOES 1 THROUGH 25, INCLUSIVE,,<br><br>Defendants. | Case No.: C07-06069 SC<br><br>**NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM**<br><br>Date: July 25, 2008<br>Time: 10:00 a.m.<br>Ctrm: 1<br><br>Original Removal filed November 30, 2007 |

TO THE PARTIES TO THE INSTANT ACTION AND THEIR COUNSEL OF RECORD:

Notice is hereby given that on July 25, 2008, at the hour of 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California, Defendant Health Plan of Nevada will move the Court, per Honorable Samuel Conti, for leave to amend its answer and to assert a counterclaim. The said motions will be based upon this Notice, the defendant's Memorandum of Points & Authorities, the

-1-

Declaration of Matthew T. Milone, the Declaration of Jason O. Balogh, submitted herewith, the records and files of the Court and such other and further matter, either oral or written, as may be submitted prior to, or during, the hearing.

DATED: June 19, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
CHARLES I. EISNER, ESQ.
JASON O. BALOGH, ESQ.
Attorneys for Defendant
HEALTH PLAN OF NEVADA, INC.

C4876\435520

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P.O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

**Attorneys For Plaintiffs**
Joy Y. Stephenson, Esq.
Karlene Rogers-Aberman, Esq.
Barry Sullivan, Esq.
STEPHENSON, ACQUISTO & COLMAN
303 North Glenoaks Boulevard, #700
Burbank, CA 91502-3226
Tel: (818) 559-4477
Fax: (818) 559-5484

**Pro Hac Vice Attorneys for Defendant**
MATTHEW T. MILONE, ESQ. (PHV)
CONSTANCE L. AKRIDGE, ESQ. (PHV)
JONES VARGAS
3773 Howard Hughes Pkway
3rd Floor South
Las Vegas, NV 89169
Tel: (702) 862-3300
Fax: (702) 734-2722

**Attorneys For Plaintiffs**
Vincent A. Acquisto, Esq.
Charles J. Acquisto, Esq.
STEPHENSON, ACQUISTO & COLMAN
5700 Stoneridge Mall Road, Suite 350
Pleasanton, CA 94588
Tel: (925) 734-6100
Fax: (925) 463-1805

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on June 19, 2008

_____
ALEXINE BRAUN

NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM
Case No. C07-06069 SC