```
STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ.          (SBN 113755)
BARRY SULLIVAN, ESQ.             (SBN 136571)
KARLENE J. ROGERS-ABERMAN, ESQ. (SBN 237883 )
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
CHILDREN'S HOSPITAL AND RESEARCH CENTER
AT OAKLAND
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC., a California for profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.:   C07-06069 SC<br><br>DECLARATION OF KARLENE J. ROGERS-ABERMAN IN SUPPORT OF PLAINTIFF'S *OPPOSITION* TO DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM |

The undersigned, Karlene J. Rogers-Aberman

1.  I am a duly-admitted member of the California State Bar and the Bar of the United States District Court for the Northern District of California. I am a senior associate at the law firm of Stephenson, Acquisto & Colman, attorneys of record for Children's Hospital and Research Center at Oakland ("Children's

1  Hospital"), and am familiar with the pleadings and proceedings herein.

2   

3        2.     If called upon to testify to the facts within this declaration, I
4  could and would competently so testify because such facts come from my own
5  personal knowledge.

7        3.     The document attached hereto as Exhibit 1 is a true and correct
8  copy (redacted for patient privacy) of a Letter of Agreement ("LOA No. 1")
9  between Children's Hospital and Health Plan of Nevada ("HPN").

11        4.     The document attached hereto as Exhibit 2 is a true and correct
12  copy (redacted for patient privacy) of a Letter of Agreement ("LOA No. 2")
13  between Children's Hospital and HPN.

15        5.     The document attached hereto as Exhibit 3 is a true and correct
16  copy of a fax cover page sent by Children's Hospital to HPN regarding Children's
17  Hospital's expectation of payment from HPN.

19        6.     The documents attached hereto as Exhibit 4 are true and correct
20  copies (redacted for patient privacy) of Letters of Agreement between Children's
21  Hospital and HPN.

23  I declare under penalty of perjury pursuant to the law of the State of
24  California that the foregoing is true and correct. Executed on 3 July 2008 in
25  Burbank, California.

KARLENE J. ROGERS-ABERMAN

4226

- 2 -

DECLARATION OF KARLENE J. ROGERS-
ABERMAN IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR
LEAVE TO AMEND ANSWER, ETC.

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226.

On **July 3, 2008,** I served the foregoing document(s) described as **DECLARATION OF KARLENE J. ROGERS-ABERMAN IN SUPPORT OF PLAINTIFF'S *OPPOSITION* TO DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

CHARLES I. EISNER, ESQ.
JASON O. BALOGH, ESQ.
BOORNAZIAN, JENSEN &GARTHE
555 12TH Street, Suite 1800
Oakland, California 94604-2925

ANDREW WONG, ESQ.
JONES VARGAS
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, Nevada 89169

[XX] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[XX] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 3, 2008,** at Burbank, California.

_____
ANGELA DEMERS

**PROOF OF SERVICE**