**EXHIBIT "3"**

**TO THE DECLARATION OF KARLENE ROGERS-ABERMAN
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER
TO ASSERT COUNTERCLAIM**

**CHILDREN'S HOSPITAL & RESEARCH CENTER AT OAKLAND**
747 Fifty Second Street, Oakland, CA 94609-1809   (510) 428-3000

# Facsimile Transmittal Sheet

| | | | |
|---|---|---|---|
| **To:** | Shaun Shayner | **From:** | Debbie Nielsen |
| **Company:** | Health Plan of Nevada | **Dept:** | Managed Care |
| **Fax:** | 702 242-0117 | **Fax:** | 510 601-3922 |
| **Phone:** | 702 242-7042 | **Phone:** | 510 428-3146 |
| **Date:** | 07/20/06 | **Total Pages Including Cover:** | 15 |

**Subject:** Hospital Interim Rate Report published by California Dept of Health Services

☐ Urgent    X For Review    ☐ Per Discussion    ☐ Please Reply

### CONFIDENTIALITY STATEMENT

The information in this facsimile (FAX) transmission is considered confidential and privileged, and is protected by law and is meant for the use of the intended recipient. Any dissemination, distribution or copying of this transmission or information is a violation of the law and is prohibited. If you received this transmission in error, please destroy all of it immediately and contact the sender.

● **Comments/Message:**

Shaun, attached is the most recent Hospital Interim Rate Report published by the State of California to document the "maximum allowable reimbursement" for providers based upon the latest Medi-Cal cost reports filed by the hospitals. This is the basis that we utilize for payment expectations with out-of-state Medicaid plans and out-of-state Medicaid managed care plans. Please call if you questions.

CHO FAX COVER SHEET FORM                                Revised 8/20/99