**EXHIBIT "4"**

**TO THE DECLARATION OF KARLENE ROGERS-ABERMAN
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER
TO ASSERT COUNTERCLAIM**



# HEALTH PLAN OF NEVADA, INC.
a subsidiary of Sierra Health Services, Inc.

February 9, 2004

Children's Hospital Oakland
Attn: Debbie Nielsen, Director of Managed Care
747 52nd Street
Oakland, CA 94609

VIA FACSIMILE – (510) 601-3922

RE:   LETTER OF AGREEMENT

This Letter of Agreement sets forth the terms and conditions under which HEALTH PLAN OF NEVADA, INC. (hereinafter referred to as "COMPANY") and CHILDREN'S HOSPITAL OAKLAND (hereinafter referred to as "PROVIDER") enter into an Agreement by which COMPANY shall make payment towards PROVIDER's bill for medical services, subject to the terms of the HEALTH PLAN OF NEVADA, INC. Member's benefit plan.

This Agreement shall apply to the charges for the services rendered for the patient listed below:

Patient:       ████████████
ID#:           040360298 ✓  040110009   **REDACTED**
DOB:           3/26/03
Reference #:   040360298

The terms and conditions of the Agreement between COMPANY and PROVIDER are set forth below:

**PROVIDER RESPONSIBILITY**

1. PROVIDER agrees to render the following medically necessary covered services. PROVIDER agrees to obtain prior authorization from COMPANY prior to rendering services. PROVIDER agrees to verify Member's eligibility and benefits. Reimbursement is subject to admission and continued stay authorization and Member's eligibility and benefits.

   Outpatient diagnostic services, status post chemotherapy

2. PROVIDER agrees to the mutually agreed upon service and contracted amount as follows:

   Seventy percent (70%) of PROVIDER's billed charges.

3. PROVIDER agrees to look only to COMPANY or its designated third party administrator for compensation for the medically necessary prior authorized covered services except for applicable copayment, coinsurance, deductible charges, and/or disallowed charges. PROVIDER agrees to hold harmless COMPANY, insured, and/or the above described patient from responsibility for payment of any balance between PROVIDER bill and the mutually agreed upon contracted amount listed above.

Good health takes a good plan.

P.O. Box 15645 • Las Vegas, Nevada 89114-5645 • (702) 242-7200

4. PROVIDER agrees to submit claim(s) to COMPANY at the following address with a copy of this letter of agreement:

   Barbara Page, RN'S
   Health Plan of Nevada, Inc.
   PO Box 15645
   Las Vegas NV 89114-5645

5. PROVIDER agrees to furnish complete UB-92 and/or HCFA 1500 claim forms to COMPANY for adjudication and payment.

6. PROVIDER agrees to reimburse COMPANY within thirty (30) days of written notification from COMPANY for any overpayment to PROVIDER made by COMPANY.

7. In the event that COMPANY is not the primary payer, the discounted fee for services will also apply to COMPANY as secondary payer.

COMPANY RESPONSIBILITY:

COMPANY agrees to adjudicate and pay PROVIDER's clean claim in accordance with applicable state and federal regulations.

Any determination that any provision of this Agreement or any application thereof is invalid, illegal or unenforceable in any respect in any instance shall not affect the validity, legality and enforceability of such provision in any other instance, or the validity, legality, or enforceability of any other provision of this Agreement.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed in their names by the undersigned, the same being duly authorized to do so.

Please countersign this Letter of Agreement on the space provided below and fax back to my attention at (702) 242-9124. Your signature below will represent your agreement to abide by the terms and conditions expressed in this Letter of Agreement.

Sincerely,

*(signature)*
Mary Jo Gohner, Senior Contract Specialist
Network Development and Contracts

PROVIDER:

*(signature)*
Authorized Signature

Debbie Nielsen, Director Managed Care
Print Name and Title

2/10/04
Date

94-0382330
Tax ID Number

P.O. Box 60000 File #7248
Billing/Remittance Address

San Francisco, CA 94160-7248



HEALTH PLAN OF NEVADA, INC.
a subsidiary of Sierra Health Services, Inc.

November 23, 2004

Children's Hospital Oakland
Attn: Debbie Nielsen, Director of Managed Care
747 52nd Street
Oakland, CA 94609

VIA FACSIMILE - (510) 601-3922

RE: LETTER OF AGREEMENT

This Letter of Agreement sets forth the terms and conditions under which HEALTH PLAN OF NEVADA, INC. (hereinafter referred to as "COMPANY") and CHILDREN'S HOSPITAL OAKLAND (hereinafter referred to as "PROVIDER") enter into an Agreement by which COMPANY shall make payment towards PROVIDER's bill for medical services, subject to the terms of the HEALTH PLAN OF NEVADA, INC. Member's benefit plan.

This Agreement shall apply to the charges for the services rendered for the patient listed below:

Patient:         ████████████      **REDACTED**
ID#:             040113880-00
DOB:             10/21/93
Reference #:     043070255

The terms and conditions of the Agreement between COMPANY and PROVIDER are set forth below:

**PROVIDER RESPONSIBILITY**

1. PROVIDER agrees to render the following medically necessary covered services. PROVIDER agrees to obtain prior authorization from COMPANY prior to rendering services. PROVIDER agrees to verify Member's eligibility and benefits. Reimbursement is subject to admission and continued stay authorization and Member's eligibility and benefits.

    Facility services, both inpatient and outpatient, for treatment of Hodgkin's Disease

2. PROVIDER agrees to the mutually agreed upon contracted amount as follows:

    Fifty percent (50%) of PROVIDER's billed charges, which equates to reimbursement at one hundred percenet of Nevada Medicaid Fee Schedule

3. PROVIDER agrees to look only to COMPANY or its designated third party administrator for compensation for the medically necessary prior authorized covered services except for applicable copayment, coinsurance, deductible charges, and/or disallowed charges. PROVIDER agrees to hold harmless COMPANY, insured, and/or the above described patient from responsibility for payment of any balance between PROVIDER bill and the mutually agreed upon contracted amount listed above.

HPN 0062

4. PROVIDER agrees to submit claim(s) to COMPANY at the following address with a copy of this letter of agreement:

   Barbara Papa, BNS
   Health Plan of Nevada, Inc.
   PO Box 15645
   Las Vegas NV 89114-5645

5. PROVIDER agrees to furnish complete UB-92 and/or HCFA 1500 claim forms to COMPANY for adjudication and payment.

6. PROVIDER agrees to reimburse COMPANY within thirty (30) days of written notification from COMPANY for any overpayment to PROVIDER made by COMPANY.

7. In the event that COMPANY is not the primary payer, the discounted fee for services will also apply to COMPANY as secondary payer.

COMPANY RESPONSIBILITY:

COMPANY agrees to adjudicate and pay PROVIDER's clean claim in accordance with applicable state and federal regulations.

Any determination that any provision of this Agreement or any application thereof is invalid, illegal or unenforceable in any respect in any instance shall not affect the validity, legality and enforceability of such provision in any other instance, or the validity, legality, or enforceability of any other provision of this Agreement.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed in their names by the undersigned, the same being duly authorized to do so.

Please countersign this Letter of Agreement on the space provided below and fax back to my attention at (702) 242-9134. Your signature below will represent your agreement to abide by the terms and conditions expressed in this Letter of Agreement.

Sincerely,                                    CHILDREN'S HOSPITAL OAKLAND

_[signature]_                                 _[signature]_
Mary Jo Ostmer, Senior Contract Specialist    Authorized Signature
Network Development and Contracts
                                              Debbie Nielsen, Dir. of Managed Care
                                              First Name and Title

                                              11/23/04
                                              Date

                                              94-0382330
                                              Tax ID Number

                                              P.O. Box 60000 File 7248
                                              Billing/Remittance Address
                                              San Francisco, CA 94160-7248

Nov 23 2004 8:20    P.03

HPN 0063

SINCE 1982

## HEALTH PLAN OF NEVADA, INC.
a subsidiary of Sierra Health Services, Inc.

March 29, 2006

Children's Hospital Oakland
Attn: Debbie Nielson

VIA FACSIMILE – (510)597-7114

RE:  Health Plan of Nevada Smart Choice/Nevada Check-Up Letter of Agreement

This Letter of Agreement sets forth the terms and conditions under which Health Plan of Nevada NorthernChoice/Nevada Check-Up (hereinafter referred to as "COMPANY") and Children's Hospital Oakland (hereinafter referred to as "PROVIDER") enter into an Agreement by which COMPANY shall make payment towards PROVIDER's bill for medical services, subject to the terms of the Health Plan of Nevada NorthernChoice/Nevada Check-Up Member's benefit plan.

This Agreement shall apply to the charges for the services rendered for the patient listed below:

Patient: [REDACTED]
ID#: 050411235 - 00
DOB: 9/26/2000
Reference #: 060880381

**REDACTED**

The terms and conditions of the Agreement between COMPANY and PROVIDER are set forth below:

### PROVIDER RESPONSIBILITY

1. PROVIDER agrees to render medically necessary covered services. PROVIDER agrees to obtain prior authorization from COMPANY prior to rendering services. PROVIDER agrees to verify Member's eligibility and benefits. Reimbursement is subject to prior authorization, medical necessity and Member's eligibility and benefits.

2. PROVIDER and COMPANY mutually agree upon service and contracted amount as follows:

   For medically necessary covered services provided by PROVIDER, COMPANY shall reimburse PROVIDER, less any applicable copayment, coinsurance and/or deductibles, fifty percent (50%) of PROVIDER's billed charges, which equates to reimbursement at one hundred percent of Nevada Medicaid Fee Schedule. *Payment shall be made within 30 days of receipt of clean claim.* ⓔ ⓔ

3. PROVIDER agrees to look only to COMPANY or its designated third party administrator for compensation for the medically necessary prior authorized covered services except for applicable copayment, coinsurance, and/or deductible charges. PROVIDER agrees to hold harmless COMPANY, insured, and/or the above described patient from responsibility for payment of any balance between PROVIDER bill and the mutually agreed upon contracted amount listed above.

4. PROVIDER agrees to submit claim(s) to COMPANY at the following address with a copy of this letter of agreement:

   CIR/BNS Department
   Health Plan of Nevada, Inc.
   PO Box 15645

*Good health takes a good plan.*

HPN 0064

Las Vegas NV 89114-5645

5. PROVIDER agrees to furnish complete UB-92 or its successor and/or CMS 1500 claim forms to COMPANY for adjudication and payment within ninety (90) days of the date of service.

6. PROVIDER agrees that, in the event that it wishes to request a reconsideration of a claims processing determination made by COMPANY, such request for reconsideration will be submitted by PROVIDER to COMPANY within one hundred eighty (180) days from the date of service.

7. PROVIDER agrees to reimburse COMPANY within thirty (30) days of written notification from COMPANY for any overpayment to PROVIDER made by COMPANY.

8. In the event that COMPANY is not the primary payer, the discounted fee for services will also apply to COMPANY as secondary payer.

**COMPANY RESPONSIBILITY:**

COMPANY and PROVIDER agree that COMPANY shall adjudicate and pay PROVIDER's clean claim for medically necessary covered services in accordance with applicable state and federal guidelines and in accordance with COMPANY's claims processing procedures and guidelines.

Any determination that any provision of this Agreement or any application thereof is invalid, illegal or unenforceable in any respect in any instance shall not affect the validity, legality and enforceability of such provision in any other instance, or the validity, legality, or enforceability of any other provision of this Agreement.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed in their names by the undersigned, the same being duly authorized to do so.

Please countersign this Letter of Agreement on the space provided below and fax back to my attention at (702) 242-0117. Your signature below will represent your agreement to abide by the terms and conditions expressed in this Letter of Agreement.

Sincerely,

*[signature]*
Shaun Schoener
Network Development and Contracts

CC: Contract Route

(PROVIDER):

*[signature: Debbie Nielsen]*
Authorized Signature

Debbie Nielsen, Director Managed Care
Print Name and Title

3/31/06
Date

94-0382330
Tax ID Number

P.O. Box 60000 File 7248
Billing/Remittance Address
San Francisco, CA 94160-7248