```
 1  CHARLES I. EISNER, ESQ. (61033)
    JASON O. BALOGH, ESQ. (238199)
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P. O. Box 12925
 4  Oakland, CA 94604-2925
    Telephone: (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  MATTHEW T. MILONE, ESQ. (PHV)
    CONSTANCE L. AKRIDGE, ESQ. (PHV)
 7  JONES VARGAS
    3773 Howard Hughes Pkway
 8  3rd Floor South
    Las Vegas, NV 89169
 9  Telephone: (702) 862-3300
    Facsimile: (702) 734-2722
10
    Attorneys for Defendant
11  HEALTH PLAN OF NEVADA, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND,   )<br>   )<br>Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>HEALTH PLAN OF NEVADA, INC.; And )<br>DOES 1 THROUGH 25, INCLUSIVE,,   )<br>   )<br>Defendants.   )<br>_____)  | Case No.: C07-06069 SC<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR DISCLOSING EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26** (First Request)<br><br>Original Removal filed November 30, 2007 |

**STIPULATION AND ORDER TO EXTEND DATE FOR DISCLOSING EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26**
(First Request)

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, and Defendant, HEALTH PLAN OF NEVADA, INC., through their respective undersigned counsel, as follows:

1. The parties agree that good cause exists as required under to LR 26-4 to modify the deadline for the disclosure of experts and exchange of written expert reports.

2. Pursuant to the Joint Case Management Statement ("Report") filed on February 8, 2008, the deadline for disclosure of experts and expert reports was originally May 21, 2008, which was sixty (60) days before the discovery cut-off date.

3. The Court extended the discovery cut-off date to September 17, 2008, in its Minute Order of March 7, 2008.

4. That the Scheduling Order be modified such that the disclosure of experts and the exchange of written reports from any and all expert witnesses as required by Fed. R. Civ. P. 26(a)(2) be made simultaneously by the parties on August 1, 2008.

DATED this 17 day of July 2008.           DATED this 17 day of July 2008.

By: _____                By: _____
Attorneys for Defendants                  Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated this 21 day of July, 2008.



IT IS SO ORDERED
Judge Samuel Conti
United States District Court, Northern District of California

C4876\437670

-2-
STIP. AND ORDER TO EXTEND DATE FOR DISCLOSING EXPERT WITNESSES; Case No. C07-06069 SC

## CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P.O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR DISCLOSING EXPERT WITNESSES PURSUANT TO FRCP 26**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

**Attorneys For Plaintiffs**
Joy Y. Stephenson, Esq.
Karlene Rogers-Aberman, Esq.
Barry Sullivan, Esq.
STEPHENSON, ACQUISTO & COLMAN
303 North Glenoaks Boulevard, #700
Burbank, CA 91502-3226
Tel:  (818) 559-4477
Fax:  (818) 559-5484

**Attorneys For Plaintiffs**
Vincent A. Acquisto, Esq.
Charles J. Acquisto, Esq.
STEPHENSON, ACQUISTO & COLMAN
5700 Stoneridge Mall Road, Suite 350
Pleasanton, CA 94588
Tel: (925) 734-6100
Fax: (925) 463-1805

**Pro Hac Vice Attorneys for Defendant**
MATTHEW T. MILONE, ESQ. (PHV)
CONSTANCE L. AKRIDGE, ESQ. (PHV)
JONES VARGAS
3773 Howard Hughes Pkwy
3rd Floor South
Las Vegas, NV 89169
Tel: (702) 862-3300
Fax: (702) 734-2722

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on July 17, 2008.

_____
ALEXINE BRAUN

C4876\437174

REPLY TO OPPOSITION TO MOTION FOR LEAVE TO AMEND ANSWER TO ASSERT COUNTERCLAIM
Case No. C07-06069 SC