```
 1  CHARLES I. EISNER, ESQ. (61033)
    JASON O. BALOGH, ESQ. (238199)
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P. O. Box 12925
 4  Oakland, CA 94604-2925
    Telephone: (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  MATTHEW T. MILONE, ESQ. (PHV)
    CONSTANCE L. AKRIDGE, ESQ. (PHV)
 7  JONES VARGAS
    3773 Howard Hughes Pkway
 8  3rd Floor South
    Las Vegas, NV 89169
 9  Telephone: (702) 862-3300
    Facsimile: (702) 734-2722
10
    Attorneys for Defendant
11  HEALTH PLAN OF NEVADA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, | Case No.: C07-06069 SC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| vs. | |
| HEALTH PLAN OF NEVADA, INC.; And DOES 1 THROUGH 25, INCLUSIVE,, | Original Removal filed November 30, 2007 |
| Defendants. | |

**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**
(First Request)

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND, and Defendant, HEALTH PLAN OF NEVADA, INC., through their respective undersigned counsel, as follows:

1. The parties agree that good cause exists to continue the trial date, currently scheduled for November 17, 2008.

-1-

STIP. AND ORDER TO CONTINUE TRIAL DATE; Case No. C07-06069 SC

2.  Good cause exists because (a) plaintiff's counsel will be going on maternity leave in November 2008 and will not return until March 2009; and (b) defendant Health Plan of Nevada's recently amended answer asserts a new counter-claim which may require additional discovery.

3.  The parties agree and request that a trial date be continued to April 13, 2009 or as close to that date as this Court sees fit.

4.  The associated discovery cut-off date is changed from September 17, 2008 to February 12, 2009 or a date 60 days before the new trial date.

5.  The associated deadline to file dispositive motions be extended from October 17, 2008 to March 13, 2009 or a date 30 days prior to the new trial date.

DATED this ___ day of September 2008.          DATED this ___ day of September 2008.

By: _____                     By: _____
Attorneys for Defendants                         Attorneys for Plaintiff

## ORDER

Good cause exists to continue the current trial date and discovery cut off dates. The current trial date of November 17, 2008 is hereby vacated and trial is continued to _____. Discovery must be completed by _____. Dispositive motions must be filed by _____.

IT IS SO ORDERED.

**Dated** this ____ day of September, 2008.

_____
United States District Judge

C4876\441590

-2-

STIP. AND ORDER TO CONTINUE TRIAL DATE; Case No. C07-06069 SC

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P.O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION AND ORDER TO CONTINUE TRIAL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

**Attorneys For Plaintiffs**
Joy Y. Stephenson, Esq.
Karlene Rogers-Aberman, Esq.
Barry Sullivan, Esq.
STEPHENSON, ACQUISTO & COLMAN
303 North Glenoaks Boulevard, #700
Burbank, CA 91502-3226
Tel: (818) 559-4477
Fax: (818) 559-5484

**Pro Hac Vice Attorneys for Defendant**
MATTHEW T. MILONE, ESQ. (PHV)
CONSTANCE L. AKRIDGE, ESQ. (PHV)
JONES VARGAS
3773 Howard Hughes Pkwy
3rd Floor South
Las Vegas, NV 89169
Tel: (702) 862-3300
Fax: (702) 734-2722

**Attorneys For Plaintiffs**
Vincent A. Acquisto, Esq.
Charles J. Acquisto, Esq.
STEPHENSON, ACQUISTO & COLMAN
5700 Stoneridge Mall Road, Suite 350
Pleasanton, CA 94588
Tel: (925) 734-6100
Fax: (925) 463-1805

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 5, 2008

_____
ALEXINE BRAUN

C4876\425572