| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Jason O. Balogh, 238199<br>BOORNAZIAN, JENSEN ET AL (OAK)<br>P.O. Box 12925<br>Oakland, CA 94604-2925 | (510) 834-4350 | FILED<br>SEP -9 PM 3:26<br>U.S. DISTRICT |
| ATTORNEY FOR (Name): Defendant | Ref No. or File No.<br>C4876 | |

Insert name of court, judicial district or branch court, if any

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF

Children's Hospital and Research Center at Oakland

DEFENDANT

Health Plan of Nevada, Inc., et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>C-07-06069 SC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Subpoena in a Civil Case (Deposition)

2. Party Served: CA Dept. of Health Care Services (Medi-Cal), Vince Blackburn, Sr. Staff Counsel, person authorized to accept service

3. Person Served: party in item 2

4. Date & Time of Delivery: 9/5/2008    2:03 PM

5. Address, City and State: 1501 Capitol Ave.
Sacramento, CA 95814

6. Manner of Service: Personal Service - By personally delivering copies.

# BY FAX

Fee for Service: $ 99.00

Registered California process server.
County: SACRAMENTO
Registration No.: 2008-47

Jermaine deJose
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 9/9/2008 at Oakland, California.

Signature: _____
Jermaine deJose

FF# 6670061