# JONES VARGAS

ATTORNEYS AT LAW
3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH
LAS VEGAS, NEVADA 89169

TEL (702) 862-3300   FAX (702) 734-2722

WWW.JONESVARGAS.COM

MELVIN D. CLOSE, JR.
JOSEPH W. BROWN
ALBERT F. PAGNI
JOHN P. SANDE, III
WILLIAM J. RAGGIO
GARY R. GOODHEART
MICHAEL E. BUCKLEY
RICHARD F. JOST
JANET L. CHUBB
DOUGLAS M. COHEN
KIRK B. LENHARD
KEVIN R. STOLWORTHY
JAMES L. WADHAMS
JODI R. GOODHEART
PAUL A. LEMCKE

MICHAEL G. ALONSO
ANN MORGAN
R. DOUGLAS KURDZIEL
KRIS T. BALLARD
WILLIAM C. DAVIS, JR.
KARL L. NIELSON
PATRICK J. SHEEHAN
CLARK V. VELLIS
JOHN P. DESMOND
SCOTT M. SCHOENWALD
CONSTANCE L. AKRIDGE
EDWARD M. GARCIA
TAMARA BEATTY PETERSON
ELIZABETH M. FIELDER
MOLLY MALONE REZAC

WHITNEY D. BOCCHI
LOUIS M. BUBALA III
ADAM K. BULT
DAVID A. CARROLL
TRACY A. DIFILLIPPO
KATHLEEN L. FELLOWS
RYAN W. HERRICK
BRIAN R. IRVINE
MICHAEL A. KELLER
BENJAMIN W. KENNEDY
WAYNE O. KLOMP
CURT R. LEDFORD
BRYAN A. LINDSEY
KIMBERLY S. LOU

LINDA P. MCKENZIE
MATTHEW T. MILONE
CHRISTOPHER C. MONEY
RICHARD A. RAWSON
JOHN P. SANDE, IV
BRADLEY SCOTT SCHRAGER
BRETT J. SCOLARI
STEVEN G. SHEVORSKI
MATTHEW S. SOLLITTO
THORAN C. TOWLER
JESSE A. WADHAMS
CHRISTINA H. WANG
GORDON H. WARREN
ANDREW WONG

CLIFFORD A. JONES (1912 - 2001)
HERBERT M. JONES (1914 - 2008)
GEORGE L. VARGAS (1909 - 1985)
JOHN C. BARTLETT (1910 - 1982)
LOUIS MEAD DIXON (1919 - 1993)
GARY T. FOREMASTER (1953 - 1998)

RICHARD G. BARRIER
ROBERT E. BRUCE
AMANDA J. COWLEY
ALAN B. RABKIN
OF COUNSEL

BRIAN J. MATTER
EXECUTIVE DIRECTOR

Writer's Direct Line
(702) 862-3365
E-Mail Address
awong@jonesvargas.com

April 16, 2009

District Court
450 Golden Gate Avenue
16th Floor, Room 1111
San Francisco, CA  94102

Attn:  Honorable Judge Samuel Conti

> Re:  Children's Hospital vs. Health Plan of Nevada, Inc.
> Case No. C07-06069 SC – Trial Date:  April 20, 2009

Dear Honorable Judge Conti:

Please be advised that the following persons will be attending the trial for the above referenced matter on Monday, April 20, 2009.  Each person will be bringing with them a laptop and cell phone.

| Attorneys for Plaintiff, of the Law Offices of Stephenson, Acquisto & Colman | Attorneys for Defendant, of the Law Offices of Jones Vargas |
|---|---|
| Karlene J. Rogers-Aberman, Esq. | Constance L. Akridge, Esq. |
| Richard Lovich, Esq. | Matthew Milone, Esq. |
| | Ellen Viola, Paralegal |

Kindly provide to the Court's Security Department this information.

Thank you.

Very truly yours,

*Constance L. Akridge*

CONSTANCE L. AKRIDGE, ESQ.(PHV)
MATTHEW T. MILONE, ESQ. (PHV)
JONES VARGAS
3773 Howard Hughes Pkwy
3rd Floor South
Las Vegas, NV  89169

IT IS SO ORDERED
Judge Samuel Conti

RENO OFFICE
100 WEST LIBERTY STREET, TWELFTH FLOOR, RENO, NEVADA 89504   TEL (775) 786-5000   FAX (775) 786-1177

U.S. District Court
April 16, 2009
Page 2

                CHARLES I. EISNER, ESQ. (61033)
                JASON O. BALOGH, ESQ. (238199)
                BOORNAZIAN, JENSEN & GARTHE
                A Professional Corporation
                555 12th Street, Suite 1800
                P. O. Box 12925
                Oakland, CA  94604-2925
                Attorneys for Defendant
                HEALTH PLAN OF NEVADA, INC.